# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

PAULA TRIGG,

    Plaintiff,

v.                      CASE NO. 4:17cv356-RH/CAS

WELLS FARGO BANK, N.A.,

    Defendant.

_____/

## ORDER FOR DISMISSAL

The order of February 6, 2018 compelled arbitration. In its motion to compel, the defendant asserted the case should be dismissed, not just stayed. The February 6 order required the plaintiff to file a notice setting out her position on whether, in light of the order compelling arbitration, the case should be dismissed (in an order reserving jurisdiction to enforce the order to arbitrate and to enforce or set aside any arbitration award) or stayed. The plaintiff has filed a notice. She has preserved her position that arbitration should not have been compelled, but in light of the contrary decision, she supports dismissal. Accordingly,

    IT IS ORDERED:

1. The clerk must enter judgment stating, "This case is dismissed without prejudice in deference to arbitration."

2. The court retains jurisdiction to enforce the order compelling arbitration and retains jurisdiction to enforce or set aside any arbitration award.

3. The clerk must close the file.

SO ORDERED on February 14, 2018.

                                          s/Robert L. Hinkle
                                          United States District Judge