UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PAULA TRIGG,

    VS                                  CASE NO.  4:17-cv-00356-RH-CAS

WELLS FARGO BANK NA,

**JUDGMENT**

This case is dismissed without prejudice in deference to arbitration.

                            JESSICA J. LYUBLANOVITS
                            CLERK OF COURT

| February 14, 2018 | s/Tiffinie Larkins |
|---|---|
| DATE | Deputy Clerk: Tiffinie Larkins |